UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 08-23186-CV-HOEVELER

**NELSON MANTECON,**
    Plaintiff,

v.

**UNITED STATES OF AMERICA,**
    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT

THIS CAUSE comes before the Court upon the August 11, 2009 Report and Recommendations of Magistrate Judge Patrick White concerning the government's motion for summary judgment and dismissal of the plaintiff's *pro se* civil rights complaint.[1] The Court has carefully considered the Magistrate's report, the submissions of the parties, and the exhibits on file. No objections to the Magistrate's report have been submitted. It is hereby,

ORDERED AND ADJUDGED: The Report and Recommendations of Magistrate Judge White are adopted as the opinion of the Court. For the reasons stated therein, the government's motion for summary judgment is GRANTED. This case is DISMISSED.

DONE AND ORDERED in Miami, Florida, April 5, 2010.

*/s/ Wm M Hoeveler*
WILLIAM M. HOEVELER
SENOR UNITED STATES DISTRICT JUDGE

---

[1] The Magistrate converted the government's motion to dismiss into a motion for summary judgment, and both sides have submitted evidence in support of their positions.